```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 04978
    LISA WILLIAMS
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-9302


-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 03/21/2007 and was confirmed 08/13/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 02/04/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
-------------------------------------------------------------------------------
CONSUMER PORTFOLIO SERV    SECURED           17000.00       717.18       1631.70
CPS                        NOTICE ONLY      NOT FILED          .00           .00
ADVANCE AMERICA            UNSECURED        NOT FILED          .00           .00
BANK CALUMET               UNSECURED            606.68         .00           .00
CAPITAL ONE BANK           NOTICE ONLY      NOT FILED          .00           .00
CAPITAL ONE BANK           NOTICE ONLY      NOT FILED          .00           .00
CAPITAL ONE                UNSECURED            967.42         .00           .00
HILCO RECEIVABLES LLC      UNSECURED            142.00         .00           .00
CHECK N GO                 UNSECURED            699.84         .00           .00
CHECK'N GO                 UNSECURED        NOT FILED          .00           .00
CITY OF CHICAGO PARKING    UNSECURED            477.50         .00           .00
COMMONWEALTH EDISON        UNSECURED           1353.37         .00           .00
COMMONWEALTH EDISON        UNSECURED        NOT FILED          .00           .00
CONSUMER FINANCE CORP      NOTICE ONLY      NOT FILED          .00           .00
CROSSING POINTE            NOTICE ONLY      NOT FILED          .00           .00
HSBC NV                    NOTICE ONLY      NOT FILED          .00           .00
HSBC CARD SERVICES         UNSECURED        NOT FILED          .00           .00
JEWELS                     UNSECURED        NOT FILED          .00           .00
LVNV FUNDING LLC           NOTICE ONLY      NOT FILED          .00           .00
MCI                        UNSECURED        NOT FILED          .00           .00
ROUNDUP FUNDING LLC        UNSECURED            460.98         .00           .00
MCI                        UNSECURED        NOT FILED          .00           .00
EBERT TERRY MD             UNSECURED        NOT FILED          .00           .00
SEARS DENTAL               UNSECURED        NOT FILED          .00           .00
NAPLETONS HYUNDAI          UNSECURED        NOT FILED          .00           .00
NEUROLOGY ASSOCI           UNSECURED        NOT FILED          .00           .00
NEWPORT NEWS               UNSECURED        NOT FILED          .00           .00
SBC                        UNSECURED        NOT FILED          .00           .00
SBC ILLINOIS               UNSECURED        NOT FILED          .00           .00
SEVENTH AVENUE             UNSECURED            222.09         .00           .00
SPRINT                     UNSECURED        NOT FILED          .00           .00
SWISS COLONY               UNSECURED        NOT FILED          .00           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 04978 LISA WILLIAMS
```

```
TCF NATIONAL BANK          NOTICE ONLY    NOT FILED              .00           .00
TCF NATIONAL BANK          UNSECURED      NOT FILED              .00           .00
VILLAGE OF LANSING ILLIN   UNSECURED         500.00              .00           .00
WASHINGTON MUTUAL          NOTICE ONLY    NOT FILED              .00           .00
WASHINGTON MUTUAL          UNSECURED      NOT FILED              .00           .00
Z TEL COMMUNICATIONS       UNSECURED      NOT FILED              .00           .00
MIDLAND CREDIT MANAGEMEN   UNSECURED         276.35              .00           .00
CONSUMER PORTFOLIO SERV    UNSECURED           5.07              .00           .00
WORLD ASSET PURCHASING L   UNSECURED          97.94              .00           .00
ER SOLUTIONS INC           UNSECURED         594.81              .00           .00
DIRECT CHARGE              UNSECURED         444.80              .00           .00
PORTFOLIO RECOVERY ASSOC   UNSECURED         343.14              .00           .00
ILLINOIS DEPT OF REVENUE   PRIORITY           83.56              .00           .00
ILLINOIS DEPT OF REVENUE   UNSECURED          30.00              .00           .00
STEFANS STEFANS & STEFAN   DEBTOR ATTY     2,500.00                          589.72
TOM VAUGHN                 TRUSTEE                                           211.40
DEBTOR REFUND              REFUND                                              .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                 3,150.00

PRIORITY                                           .00
SECURED                                       1,631.70
    INTEREST                                    717.18
UNSECURED                                          .00
ADMINISTRATIVE                                  589.72
TRUSTEE COMPENSATION                            211.40
DEBTOR REFUND                                      .00
                       ---------------     ---------------
TOTALS                  3,150.00              3,150.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 05/23/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                            PAGE   2
            CASE NO. 07 B 04978 LISA WILLIAMS